IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RANDALL GENE LOONEY, II | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1022 |
| HENDERSON COUNTY DISTRICT ATTORNEY'S OFFICE, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the lawsuit is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted with prejudice for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **DENIED**.

**So Ordered and Signed**
**Jan 16, 2018**

_____
Ron Clark, United States District Judge